No. 88–5857.  HIGHFILL *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 88–5858.  KARLIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–5869.  BREWER *v.* UNITED STATES; and
No. 88–6129.  FERGUSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 853 F. 2d 1319.

No. 88–5894.  DAVIS *v.* GIBBONS, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 88–5895.  CALDWELL *v.* MILLER, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–5897.  DEL RAINE *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–5900.  HOOD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5913.  DEL RAINE *v.* BANKS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–5916.  DAVIS *v.* BARBER, PAROLE OFFICER, INDIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–5917.  HOLMAN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 88–5922.  DENSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5925.  TORRES-LOPEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 88–5926.  VALDES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5937.  SANCHEZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.